and *Conrad Christel* for petitioner. *William H. Davis* and *George E. Faithfull* for respondent. ▮

No. 186.   HART ET AL. *v.* MUTUAL BENEFIT LIFE INSURANCE Co.   C. A. 2d Cir.   Certiorari denied. *Lawrence R. Condon* for petitioners. *James M. Snee* for respondent. ▮

No. 190.   LANDSBOROUGH *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied. *Hal H. Griswold* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States. ▮

No. 192.   RAKES *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied. *Robert H. McNeill* and *Thomas Bruce Fuller* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 194.   CENTRAL INVESTMENT CORP. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied. *Joseph D. Brady* and *John O. Paulston* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Irving I. Axelrad* for respondent. ▮

No. 199.   CHICAGO & NORTH WESTERN RAILWAY Co. *v.* MATSUMOTO.   C. A. 7th Cir.   Certiorari denied. *Lowell Hastings* and *Warren Newcome* for petitioner. ▮

No. 202.   ECONOMOS *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 4th Cir.   Certiorari denied. *Thomas M. Wilkins* for petitioner. *Solicitor General Perlman,*

*Assistant Attorney General Caudle, Ellis N. Slack* and *S. Walter Shine* for respondent.

No. 203. PARIS ET AL. *v.* METROPOLITAN LIFE INSURANCE Co. ET AL. C. A. 2d Cir. Certiorari denied. *Louis B. Boudin* for petitioners. *Burton A. Zorn* and *Eugene Eisenmann* for the Metropolitan Life Insurance Co., respondent.

No. 207. LADNER ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Webb M. Mize* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 208. ATLANTIC COAST LINE RAILROAD Co. *v.* MCCREADY. Supreme Court of South Carolina. Certiorari denied. *Charles Cook Howell* and *V. E. Phelps* for petitioner.

No. 210. STONE *v.* STRICKLAND TRANSPORTATION Co. C. A. 5th Cir. Certiorari denied. *Dorsey Hardeman* for petitioner. *Cleo G. Clayton, Sr.* for respondent.

No. 211. KELLEY *v.* UNION TANK & SUPPLY Co. C. A. 5th Cir. Certiorari denied. *Dorsey Hardeman* for petitioner. *Chas C. Crenshaw* for respondent.

No. 213. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *George H. Koster* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle,*